**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| R. J. KULICK, | No. 24-171 |
| Plaintiff - Appellant, | D.C. No. 2:23-cv-07467-KK-JC |
| v. | MEMORANDUM* |
| LOUIS DEJOY; DOES, 1-100; UNITED STATES POSTAL SERVICE, | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Kenly Kiya Kato, District Judge, Presiding

Submitted February 18, 2025**

Before:     SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

R. J. Kulick appeals pro se from the district court's judgment dismissing his

action alleging various federal claims.  We have jurisdiction under 28 U.S.C.

§ 1291.  We review for an abuse of discretion a dismissal for failure to serve the

---

*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

summons and complaint under Federal Rule of Civil Procedure 4(m). *Oyama v. Sheehan (In re Sheehan)*, 253 F.3d 507, 511 (9th Cir. 2001). We affirm.

The district court did not abuse its discretion by dismissing Kulick's action without prejudice because Kulick failed to effect proper service of the summons and complaint, despite being given notice and an opportunity to do so, and Kulick did not establish good cause for his failure to serve. *See* Fed. R. Civ. P. 4(a)-(c) (setting forth requirements for service of process, including that the summons must be served with a copy of the complaint by a non-party); Fed. R. Civ. P. 4(i) (setting forth requirements for serving the United States and its agencies and officials); Fed. R. Civ. P. 4(m) (explaining that district court may dismiss for failure to serve after providing notice and absent a showing of good cause).

**AFFIRMED.**